In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-017 CR


NO. 09-07-018 CR


____________________



RAMON DEHOYOS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 97464, 97734 






MEMORANDUM OPINION


 Ramon Dehoyos was convicted and sentenced on indictments for aggravated assault.
Dehoyos filed notices of appeal on January 10, 2007. The trial court entered certifications
of the defendant's right to appeal in which the court certified that these are plea-bargain
cases and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial
court's certifications have been provided to the Court of Appeals by the district clerk.

 On January 11, 2007, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within thirty days of the date of the notices and
made part of the appellate records. See Tex. R. App. P. 37.1. The records have not been
supplemented with amended certifications.

 Because the certifications that show the defendant has the right of appeal have not
been made part of the records, the appeals must be dismissed. See Tex. R. App. P.
25.2(d). Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.


 
 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered May 23, 2007

Do not publish


Before Gaultney, Kreger and Horton, JJ.